```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

HEALTHSOUTH CORPORATION,       )
                               )
        Plaintiff,             )
                               )
    v.                         )    3:06-0651
                               )    Judge Echols
CRAIG O'NEIL, JEFFREY COOK,    )
GREGORY COOK, and ELITE        )
PHYSICAL THERAPY AND           )
ASSOCIATES, LLC, and ELITE     )
PHYSICAL THERAPY AND           )
REHABILITATION SERVICES,LLC,   )
                               )
        Defendants.            )

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiff HealthSouth Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction (Docket Entry No. 4) is hereby GRANTED as follows:

(1) Defendant Craig O'Neil is hereby TEMPORARILY RESTRAINED from working as a physical therapist for, or having any business interest in, any association, company, corporation, limited liability company, partnership or other business entity which competes directly or indirectly in the field of outpatient orthopedic physical therapy within ten miles of Plaintiff HealthSouth's facility located at 3310 Aspen Grove Drive in Franklin, Tennessee;

1

(2) Defendant Craig O'Neil is hereby TEMPORARILY RESTRAINED from providing consulting or other services to any association, company, corporation, limited liability company, partnership, other business entity or person engaged, in whole or in part, in the development, management, operation or provision of outpatient orthopedic physical therapy within ten miles of Plaintiff HealthSouth's facility located at 3310 Aspen Grove Drive in Franklin, Tennessee;

(3) Defendants Jeffrey Cook, Gregory Cook, Elite Physical Therapy and Associates LLC, Elite Physical Therapy and Rehabilitation Services, LLC, and any person or business acting in concert with, or at the behest of, any of those Defendants are hereby TEMPORARILY RESTRAINED from opening any physical therapy facility in Williamson County, Tennessee which competes directly, or indirectly, with HealthSouth's facility located at 3310 Aspen Grove Drive in Franklin, Tennessee;

(4) Defendants Craig O'Neil, Jeffrey Cook, Gregory Cook, Elite Physical Therapy and Associates LLC, Elite Physical Therapy and Rehabilitation Services, LLC, and any person or business acting in concert with, or at the behest of, any of those Defendants are hereby TEMPORARILY RESTRAINED from hiring, contracting with or soliciting for employment any individuals who were employed as of January 1, 2006 by HEALTHSOUTH at its facility located at 3310 Aspen Grove Drive in Franklin, Tennessee; and

(5) Plaintiff HealthSouth shall post security in the amount of $50,000.00 to cover such costs and damages as may be incurred or suffered by any party who is subsequently found to have been wrongfully enjoined or restrained.

The restraints set forth in this Order shall expire ten days from the date and time of entry of this Order unless otherwise extended by consent or further Order of the Court for good cause shown.

This case is returned to Judge Trauger, the assigned judge for this case.

It is so ORDERED.


Dated this 11th day of July, 2006, at 9:00 o'clock, a.m.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE