# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **HEALTHSOUTH CORPORATION**, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> **CRAIG O'NEIL**, **JEFFREY COOK**, **GREGORY COOK, ELITE PHYSICAL THERAPY AND ASSOCIATES, LLC**, a Tennessee limited liability company, and **ELITE PHYSICAL THERAPY AND REHABILITATION SERVICES, LLC**, a Tennessee limited liability company, <br><br> Defendants. | Case No. 3:06-651 <br><br> Judge Aleta A. Trauger |

## O R D E R

This matter coming before the Court upon Plaintiff HealthSouth Corporation's Motion to Dismiss, the Court being fully advised, is hereby ORDERED:

1. This case is dismissed with prejudice.

2. The parties are each to bear their own costs.

3. The Court will retain jurisdiction over this matter for the sole purpose of enforcement of the parties' Settlement Agreement.

**SO ORDERED,**

Date: August 9, 2006

_____
Judge Aleta A. Trauger, U.S. District Court